## UNITED STATES BANKRUPTCY COURT
### Western District of Texas (San Antonio)

| | |
|---|---|
| IN RE: | Case No.: 12-50453 |
| Debtors: Timothy Craig Clodfelter and Lorraine Yvonne Clodfelter | Loan Number (Last 4): 8307 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Long Beach Mortgage Loan Trust 2005-WL3 | JPMorgan Chase Bank, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | Attention: Correspondence Mail |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 16 |
| Salt Lake City, UT 84115 | Amount of Claim: $144,837.69 |
| | Date Claim Filed: 06/19/2012 |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 3803 |
| Last Four Digits of Acct #: 8307 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 800-258-8602

Last Four Digits of Acct #: 8307

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | |
|---|---|
| By: /s/ Diana Duarte | Date: 07/15/2013 |
| Authorized Filing Agent | |
| (Approved by: Gina Hiatt) | |

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

438705-8286d865-bd54-4e95-9018-ba462a4e9015